**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Keith G. MARTIN, a/k/a Beach Boy, Defendant—Appellant.**

**No. 11–6388.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 25, 2011.

Keith G. Martin, Appellant Pro Se. Michael Rhett Dehart, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

*Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith G. Martin appeals the district court's margin order denying his "Motion for Statement of Reasons" in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Martin*, No. 2:97–cr–00943–PMD–6 (Mar. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*